**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERT BOSCH LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUAL, CORPORATION, LIMITED LIABILITY COMPANY, PARTNERSHIP, AND UNINCORPORATED ASSOCIATION IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendant. | Case No. 26-cv-2348<br><br>Judge John Robert Blakey |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**
**AGAINST THE DEFENDANT NO. 2 "FOCUS-AUTOPARTS"**

Plaintiff ROBERT BOSCH LLC hereby moves this Honorable Court for Entry of Default and Default Judgment against Defendant No. 2 "Focus-Autoparts" as identified by defendant number and name in Schedule A. Plaintiff files herewith a Memorandum of Law in support. Plaintiff's Motion for Entry of Default and Default Judgment disposes of the sole remaining defendant.

Respectfully submitted,

Dated: June 17, 2026

By:    s/Michael A. Hierl    _
Michael A. Hierl
William B. Kalbac
Robert P. McMurray
John Wilson
Elizabeth A. Miller
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
ROBERT BOSCH LLC

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendant identified in Schedule A and served on all counsel of record and interested parties via the CM/ECF system on June 17, 2026.

<u>/s/ Michael A. Hierl</u>
Michael A. Hierl