

## Final Details for Order #112-0623830-7911423

Print this page for your records.

**Order Placed:** May 16, 2025
**Amazon.com order number:** 112-0623830-7911423
**Order Total: $21.75**

---

### Shipped on May 17, 2025

---

| Items Ordered | Price |
|---|---|
| 1 of: *Riloer 5pcs, Hydro Boost Seal Leak Repair Kit, Hydroboost Repair Kit, Compatible with Chevrolet Compatible with GMC Compatible with Ford GM Compatible with Dodge* | $20.99 |

Sold by: Focus-Autoparts (seller profile)

Supplied by: Other

Condition: New

**Shipping Address:**
Don (MV) Boyet
70 W MADISON ST STE 4000
CHICAGO, IL 60602-4698
United States

**Shipping Speed:**
Standard Shipping

---

### Payment information

| | |
|---|---|
| **Payment Method:** | Item(s) Subtotal: $20.99 |
| Visa  ending in 1570 | Shipping & Handling: $0.00 |
| | Promotion Applied: -$1.26 |
| **Billing address** | ----- |
| Don (MV) Boyet | Total before tax: $19.73 |
| 70 W MADISON ST STE 4000 | Estimated tax to be collected: $2.02 |
| CHICAGO, IL 60602-4698 | ----- |
| United States | **Grand Total: $21.75** |
| **Credit Card transactions** | Visa ending in 1570: May 17, 2025: $21.75 |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2025, Amazon.com, Inc. or its affiliates



Back to top

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates